83,938-02  10-21-15
TDCJ - Joe F Gurney Unit
#1928881  WR.83,938
TR.Ct.No. 12F0117-202

# Dear Clerk
## Abel Acusta

## Letter to the Court Of Criminal Appeal

I Cornell McHenry, ask to present these two, to the Courts, as Exhibits or put on file so that the Court or Counsel can actually observe these findings as support in my case.

Thank you
God Bless you
Respectfully Submitted

Cornell McHenry

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

# AFFIDAVIT

THE STATE OF TEXAS    )
                              )

COUNTY OF BOWIE     )

ON THIS the 22nd day of July_____, 20 13 , personally appeared before me the undersigned authority, DeQueener Mitchell, who being by me first duly sworn did state upon her oath that the following is her statement:

"The cops came February 3 to me and Cornell McHenry's house. Cops found ice, kush and pills in my personal bottles. The police took me outside and wanted me to say that everything they found was Cornell's. I told the cops that everything was mine. They took both of us to Bi-State in the same police car. I took the charge because I was taking responsibility for my actions because none of the illegal things found were his.

Further, Affiant sayeth not."

DeQueener Mitchell affirms that she freely and voluntarily executed this affidavit.

_DeQueener Mitchell_
**AFFIANT**

SWORN AND SUBSCRIBED TO before me this 22nd day of July_____, 20 13 .

_Brenda Johnson_
**NOTARY PUBLIC IN AND FOR
BOWIE COUNTY, TEXAS**

BRENDA JOHNSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-21-2016

# Affidavit of Cornell McHenry

My name is Cornel McHenry and I am the Defendant in cause no. 12-F-0117-202 now pending in the District Court of Bowie County, Texas.

I am charged with the felony offense of Possession of a Controlled Substance, over four grams and under 200 grams, a second degree felony with one prior felony enhancement conviciton. My range of punishment is a minimum of 5 years and a maximum of 99 years or Life.

I have previously been offered a plea bargain of 2 years in the Texas Department of Corrections which I refused to accept on numerous times.

On April 8, 2014 I met with my attorneys, Rick C. Shumaker and Charles Crowl of the Bowie County Public Defender's Office to explain my right and discuss my case.

I was present when Mr. Shumaker contacted Mr. Michael Shepherd of the Bowie County District Attorney's Office and was informed that the minimum plea bargain is now 5 years in the Texas Depart of Corrections.

My attorneys explained to me, that in their opinion based upon their trial experience and the past history of Bowie County juries, that in the event of a conviction I am most likely looking at a high number of years in the Texas Department of Corrections.

It is my decision, against the advice of my attorneys, **to reject the 5 years T.D.C. offer** and proceed to a trial the week of April 14, 2014.

I have read this Affidavit and acknowledge that it is true and correct to best of my knowledge and belief.

Signed this 8th day of April, 2014.

_____
Cornell McHenry

SUBSCRIBED AND SWORN to on this ___8 TH___ day of April, 2014.

_____
Notary Public

BART VEAL
Notary Public
STATE OF TEXAS
My Comm. Exp. June 5, 2016

Witnessed:

_____
Rick C. Shumaker

_____
Charles Crowl